UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| D.R. HORTON, INC., <br> Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) | No. 3:18-CV-456 |
| EDWARDS PLACE DEV., LLC, *et al.,* <br> Defendants. | ) <br> ) <br> ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 8, 2019, [Doc. 51]. In that Report and Recommendation, the Magistrate Judge recommends that Defendant Peoples Bank of the South's ("Peoples Bank") Motion to Set Aside Lien Lis Pendens, [Doc. 31] be denied. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 51], that Peoples Bank's Motion to Set Aside Lien Lis Pendens, [Doc. 31] is DENIED.

So ordered.

ENTER:

s/J. RONNIE GREER <br>
UNITED STATES DISTRICT JUDGE